1  LAW OFFICES OF PANOS LAGOS
   Panos Lagos, Esq. / SBN 61821
2  5032 Woodminster Lane
   Oakland, CA 94602
3  (510)530-4078
   (510)530-4725/FAX
4  panoslagos@aol.com

5  Attorney for Plaintiff,
   KEVIN WOODSON
6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 KEVIN WOODSON,                          ) Case No.: C 11-00057 JCS
                                           )
11         Plaintiff,                      )
                                           ) STIPULATION [AND ORDER]
12 v.                                      ) PERMITTING THE FILING OF
                                           ) SECOND AMENDED COMPLAINT
13 CITY AND COUNTY OF SAN FRANCISCO,       )
   SAN FRANCISCO POLICE DEPARTMENT,        )
14 GEORGE GASCON, in his capacity as Chief of )
   Police of the City and County of San Francisco, )
15 ADAM EATIA, individually and in his capacity as a )
   Peace Officer for the City and County of San )
16 Francisco, MAHANA ASKANDAFI, individually )
   and doing business as PEARL MARKET, and  )
17 DOES 1 – 200, jointly and severally,    )
                                           )
18         Defendants.                     )
                                           )

19

20     The parties hereby stipulate, by and through their counsel, Panos Lagos representing

21 Plaintiff Kevin Woodson, and Deputy City Attorney James F. Hannawalt representing Defendant

22 City and County of San Francisco, that Plaintiff may file his Second Amended Complaint

23 naming Basil Askandafi as an additionally named individual defendant whose name was,

24 heretofore, unknown to Plaintiff.

25

26 Dated: February 24, 2011                    LAW OFFICES OF PANOS LAGOS

27                                             _____
                                               Panos Lagos, Esq.
28                                             Attorney for Plaintiff,
                                               KEVIN WOODSON

STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT FOR DAMAGES            - 1 -

*Woodson v. City and County of San Francisco* / Case No.: C 11-00057 JCS

Dated: February 16, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JAMES F. HANNAWALT
Deputy City Attorney

By: /s/ James F. Hannawalt
JAMES F. HANNAWALT
Attorneys for Defendant,
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

Pursuant to the Stipulation of the parties,

IT IS ORDERED that Plaintiff may file his Second Amended Complaint naming Basil Askandafi as an additionally named individual defendant.

Plaintiff's Second Amended Complaint shall be filed not later than __March 14__, 2011.

The Answer currently on file for Defendant City and County of San Francisco is hereby deemed the Answer to said Second Amended Complaint.

Dated: 02/28/11

JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT FOR DAMAGES                -2-

*Woodson v. City and County of San Francisco* / Case No.: C 11-00057 JCS