DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
E-Mail:         james.hannawalt@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and ADAM ETIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN WOODSON, | Case No. CV11-0057 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER GRANTING LEAVE FOR DEFENDANTS ADAM ETIA AND CITY AND COUNTY OF SAN FRANCISCO TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, GEORGE GASCON, in his capacity as Chief of Police of the City and County of San Francisco, ADAM ETIA, individually and in his capacity as a Peace Officer for the City and County of San Francisco, MAHANA ASKANDAFI, individually and doing business as PEARL MARKET, and DOES 1-200, jointly and severally, | Trial Date:        None Set |
| Defendants. | |

To all parties and their attorneys of record:

WHEREAS, Defendants Adam Etia and City and County of San Francisco (the "Defendants"), Answered Plaintiff Kevin Woodson's Amended Complaint ("Complaint") alleging various affirmative defenses;

WHEREAS, Defendants Adam Etia and City and County of San Francisco (the "Defendants"), Answered Plaintiff Kevin Woodson's Second Amended Complaint ("Complaint") inadvertently omitting the various affirmative defenses alleged to the nearly identical allegations of the Amended Complaint;

The parties hereby stipulate Defendants Adam Etia and City and County of San Francisco (the "Defendants") may file an Amended Answer to the Second Amended Complaint alleging those affirmative defenses included in the Defendants' Answer to the Amended Complaint.

Dated: April 12, 2011          LAW OFFICES OF PANOS LAGOS

                               By:    */s/ Panos Lagos*
                                      PANOS LAGOS

                               *Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Dated: April 12, 2011          DENNIS J. HERRERA
                               City Attorney
                               JOANNE HOEPER
                               Chief Trial Deputy
                               JAMES F. HANNAWALT
                               Deputy City Attorneys

                               By:    */s/ James F. Hannawalt*
                                      JAMES F. HANNAWALT
                                      Attorneys for Defendants
                                      CITY AND COUNTY OF SAN FRANCISCO,
                                      ADAM ETIA

Dated: April 12, 2011          LAW OFFICES OF MARK R. MITTELMAN

                               By:    */s/ Mark R. Mittelman*
                                      MARK R. MITTELMAN
                                      Attorneys for Defendants
                                      BASIL ASKANDAFI, and MAHANA
                                      ASKANDAFI, individually and dba PEARL
                                      MARKET

                               *Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Def Stip And Order Re Etia and CCSF Amended          2          n:\lit\li2011\110666\00692580.doc
Answer 2d Amended Complaint
CV11-0057 JCS

**ORDER**

Pursuant to stipulation of the Parties, and the Court having considered the pleadings in this action,

IT IS ORDERED that Defendants Adam Etia and City and County of San Francisco (the "Defendants") may file an Amended Answer to the Second Amended Complaint alleging those affirmative defenses included in the Defendants' Answer to the Amended Complaint.

Dated: April __18__, 2011

_____
JOSEPH SPERO
Magistrate Judge, Federal District Court



Def Stip And Order Re Etia and CCSF Amended Answer 2d Amended Complaint
CV11-0057 JCS

3

n:\lit\li2011\110666\00692580.doc