LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
KEVIN WOODSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODSON,<br><br>  Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, GEORGE GASCON, in his capacity as Chief of Police of the City and County of San Francisco, ADAM EATIA, individually and in his capacity as a Peace Officer for the City and County of San Francisco, BASIL ASKANDAFI, MAHANA ASKANDAFI, individually and doing business as PEARL MARKET, and DOES 1 – 200, jointly and severally,<br><br>  Defendants. | Case No.: C 11-00057 JCS<br><br>ORDER TO PRODUCE VIDEO SURVEILLANCE RECORDINGS |

Defendant City and County of San Francisco including the San Francisco Police Department and/or the Department of Emergency for the City and County of San Francisco is hereby ordered by this Court to produce any and all digital video surveillance evidence including, but not limited to, recordings made pursuant to Section 19.3 of the San Francisco Municipal Code also known as the Community Safety Camera Ordinance, showing any and all activity between Defendant Adam Eatia and Plaintiff Kevin Woodson on the evening of April 7, 2010.

Dated: 4/22/11  _____
JOSEPH C. [Spero]
United States [Magistrate Judge]

*Judge Joseph C. Spero*

ORDER – SURVEILLANCE VIDEO
C 11-00057 JCS

- 1 -