UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODSON, | Case No. C11-00057 JCS |
| Plaintiff(s), | |
| v. | **ORDER REGARDING PRODUCTION OF RECORDINGS [Docket No. 31]** |
| CITY & COUNTY SF, ET AL., | |
| Defendant(s). | |

On May 27, 2011, the parties filed a Joint Letter regarding production of recordings made pursuant to Section 19.3 of the San Francisco Municipal Code [docket no. 31]

IT IS HEREBY ORDERED that the recordings in question shall be produced as Confidential and may only be distributed to attorneys, consultants ,and experts involved in the present litigation.

IT IS SO ORDERED.

Dated: June 2, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge