# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| KEVIN WOODSON,<br>    Plaintiff, | No. C 11-0057 JCS |
| v. | **ORDER RE: ATTENDANCE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>    Defendants.<br>_____/ | Date:    Jul 18, 2011<br>Mediator: David Levy |

Before the court is a request to allow a representative of the San Francisco Police Department's Legal Division and Officer Adam Eatia to appear on behalf of all of the City defendants at the July 18, 2011 mediation before David Levy.  Good cause appearing, the request is GRANTED.

IT IS SO ORDERED.

June 23, 2011                           By:         _Elizabeth D. Laporte_
Dated                                                    Elizabeth D. Laporte
                                                         United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**