# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| KEVIN WOODSON,<br>    Plaintiff, | No. C 11-0057 JCS |
| v. | **ORDER RE: ATTENDANCE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>    Defendants.<br>_____/ | Date:     July 18, 2011<br>Mediator:  David Levy |

IT IS HEREBY ORDERED that the requests to excuse defendant Mahana Askandafi from participating in the July 18, 2011 mediation before David Levy is GRANTED.

IT IS SO ORDERED.

July 7, 2011                    By:     _____*Elizabeth D. Laporte*_____
Dated                                        Elizabeth D. Laporte
                                             United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California