LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
KEVIN WOODSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, GEOR GASCON, in his capacity as Chief of Police of the Cit County of San Francisco, ADAM EATIA, individuall in his capacity as a Peace Officer for the City and Cou San Francisco, MAHANA ASKANDAFI, individuall doing business as PEARL MARKET, and DOES 1 – 2 jointly and severally,<br><br>Defendants. | Case No.: C 11-00057 JCS<br><br>STIPULATION [AND ORDER] PERMITTING THE DISMISSAL, WITH PREJUDICE, OF DEFENDANTS MAHANA ASKANDAFI, individually and doing business as PEARL MARKET, and BASIL ASKANDAFI |

The parties hereby stipulate, by and through their counsel, Panos Lagos representing Plaintiff Kevin Woodson, Deputy City Attorney James F. Hannawalt representing Defendant City and County of San Francisco and Adam Eatia, and Mark R. Mittelman representing Defendants Mahana Askandafi, individually and doing business as Pearl Market, and Basil Askandafi, that Plaintiff may dismiss, with prejudice, defendants Mahana Askandafi, individually and doing business as Pearl Market, and Basil Askandafi.

The parties further stipulate that Basil Askandafi shall be available for trial testimony at the request of any party.

///

///

Dated: July 29, 2011      LAW OFFICES OF PANOS LAGOS

/s/PANOS LAGOS
Panos Lagos, Esq.
Attorney for Plaintiff,
KEVIN WOODSON

Dated: July 29, 2011      DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JAMES F. HANNAWALT
Deputy City Attorneys

By:    /s/JAMES F. HANNAWALT
JAMES F. HANNAWALT
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ADAM EATIA

Dated: July 29, 2011      LAW OFFICES OF MARK R. MITTELMAN

/s/MARK R. MITTELMAN
Mark R. Mittelman
Attorneys for Defendants
BASIL ASKANDAFI, and MAHANA
ASKANDAFI, individually and dba PEARL
MARKET

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signature to file this document.

## ORDER

Pursuant to the Stipulation of the parties,

IT IS ORDERED that Defendants Mahana Askandafi, individually and doing business as Pearl Market, and Basil Askandafi, are hereby dismissed with prejudice.

Basil Askandafi is ordered to be available for trial testimony at the request of any party.

Dated: August 1, 2011



JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION (ASKANDAFI DISMISSAL WITH PREJUDICE)      - 2 -
Woodson v. City and County of San Francisco / Case No.: C 11-00057 JCS