DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
E-Mail:         james.hannawalt@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and ADAM EATIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODSON,<br><br>         Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, GEORGE GASCON, in his capacity as Chief of Police of the City and County of San Francisco, ADAM EATIA, individually and in his capacity as a Peace Officer for the City and County of San Francisco, MAHANA ASKANDAFI, individually and doing business as PEARL MARKET, and DOES 1-200, jointly and severally,<br><br>         Defendants. | Case No. CV11-0057 JCS<br><br>**STIPULATION AND ORDER RE:  FURTHER SETTLEMENT CONFERENCE WITH CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES**<br><br>Trial Date:          None Set |

///

///

///

///

1  The parties in the above captioned hereby stipulate to a further settlement conference with Chief Magistrate Judge Maria-Elena James for November 15, 2011 at 10:00 a.m. pursuant to the direction of Magistrate Judge Spero on November 4, 2011.

Dated: November 7, 2011

```
                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Attorney
                              JAMES F. HANNAWALT
                              Deputy City Attorney

                        By:        /s/
                               JAMES F. HANNAWALT
                              Attorneys for Defendants
                              CITY AND COUNTY OF SAN FRANCISCO
                              and ADAM EATIA
```

Dated: November 7, 2011          LAW OFFICE OF PANOS LAGOS

```
                                       /s/
                              PANOS LAGOS
                              Attorneys for Plaintiff
                              KEVIN WOODSON
```

IT IS ORDERED that a further settlement conference with shall be scheduled with Chief Magistrate Judge Maria-Elena James for November 15, 2011 at 10:00 a.m. pursuant to the stipulation of the parties and the direction of Magistrate Judge Spero on November 4, 2011.

SO ORDERED.

Dated: November 8, 2011          By: _____
                                     MARIA ELENA JAMES
                                     CHIEF MAGISTRATE JUDGE

Stip and Order re: Further Settlement Conference     2     n:\lit\li2011\110666\00736747.doc
Case No.: CV 11-0057 JCS