DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
E-Mail:        james.hannawalt@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and ADAM EATIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, GEORGE GASCON, in his capacity as Chief of Police of the City and County of San Francisco, ADAM EATIA, individually and in his capacity as a Peace Officer for the City and County of San Francisco, MAHANA ASKANDAFI, individually and doing business as PEARL MARKET, and DOES 1-200, jointly and severally,<br><br>    Defendants. | Case No. CV11-0057 JCS<br><br>**STIPULATION AND ORDER RE:  FURTHER SETTLEMENT CONFERENCE WITH CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES**<br><br>Trial Date:           None Set |

///

///

///

///

1  The parties in the above captioned hereby stipulate to a further settlement conference with
2  Chief Magistrate Judge Maria-Elena James for November 15, 2011 at 10:00 a.m. pursuant to the
3  direction of Magistrate Judge Spero on November 4, 2011.

4  Dated:  November 7, 2011

```
                                        DENNIS J. HERRERA
                                        City Attorney
                                        JOANNE HOEPER
                                        Chief Trial Attorney
                                        JAMES F. HANNAWALT
                                        Deputy City Attorney

                                  By:         /s/
                                         JAMES F. HANNAWALT
                                        Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO
                                        and ADAM EATIA
```

Dated:  November 7, 2011            LAW OFFICE OF PANOS LAGOS

```
                                              /s/
                                        PANOS LAGOS
                                        Attorneys for Plaintiff
                                        KEVIN WOODSON
```

  IT IS ORDERED that a further settlement conference with shall be scheduled with Chief
Magistrate Judge Maria-Elena James for November 15, 2011 at 10:00 a.m. pursuant to the stipulation
of the parties and the direction of Magistrate Judge Spero on November 4, 2011.

  SO ORDERED.

Dated:  November 8, 2011            By:  _____
                                        MARIA ELENA JAMES
                                        CHIEF MAGISTRATE JUDGE