1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN WOODSON,                                     No. C 11-00057 JCS

　　　　　Plaintiff(s),
                                                   **ORDER OF DISMISSAL**
　　　v.

CITY & COUNTY OF SAN FRANCISCO,

　　　　　Defendant(s).
_____/

　　　　　The Court  having been advised that the parties have agreed to a settlement of this case,

　　　　　IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within  ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

　　　　　IT IS SO ORDERED.

Dated: November 16, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　United States Magistrate Judge