**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN WOODSON,

          Plaintiff(s),

    v.

CITY & COUNTY OF SF, ET AL.,

          Defendant(s).

_____/

Case No. C-11-00057 JCS

**ORDER DENYING PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE; FOR AWARD OF ATTORNEYS' FEES AND FOR SUCH OTHER RELIEF [Docket No. 57]**

IT IS HEREBY ORDERED that Plaintiff's Application for Order To Show Cause; Award of Attorneys' Fees; and Other Appropriate Relief is hereby DENIED without prejudice in light of the settlement. The hearing date of January 27, 2012 at 9:30 AM is VACATED.

IT IS SO ORDERED.

Dated:  November 28, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge