UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN WOODSON,

        Plaintiff(s),

   v.

CITY & COUNTY OF SF, ET AL.,

        Defendant(s).
_____/

Case No. C-11-00057 JCS

**AMENDED ORDER GRANTING REQUEST FOR RECONSIDERATION OF NOVEMBER 28, 2011 ORDER AND ENTERING ORDER TO SHOW CAUSE**

On November 28, 2011, the Court denied Plaintiff's Application for Order To Show Cause; Award of Attorneys' Fees; and Other Appropriate Relief [Docket No. 57]. Subsequently, Plaintiff filed a letter requesting that the Court reconsider its decision, contending that an Order to Show Cause is appropriate because non-party Shamica D.D. Simpson Sr. refused to comply with the Court's subpoena requiring that she appear for deposition and therefore should be liable for fees and costs incurred regardless of whether the action was dismissed. Upon reconsideration, the Court agrees. Therefore, non-party Shamica D.D. Simpson Sr. shall appear and show cause why she should not be held liable for attorneys' fees and costs incurred in connection with her failure to comply with the subpoena issued by the Court in this action. A show cause hearing is set for Friday, **February 10, 2012** at 1:30 p.m. in Courtroom G, 450 Golden Gate Avenue, San Francisco, CA. Ms. Simpson may file a written response to this Order no later than Friday, February 3, 2012.

    IT IS SO ORDERED.

Dated: January 27, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge